IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Action No. 13-cr-00490-RBJ-1

UNITED STATES OF AMERICA,

v.

Ronald David Rainey,

Defendant.

## ORDER SETTING TRIAL AND DEADLINES

This matter has been scheduled for a **four to five day jury trial** on the docket of Judge R. Brooke Jackson in the Alfred A. Arraj U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence **January 21, 2014 at 9:00 a.m.** It is

ORDERED that all pretrial motions shall be filed by **December 30, 2013** and responses to these motions shall be filed by **January 10, 2014.** It is further

ORDERED that counsel shall jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_chambers@cod.uscourts.gov **immediately after filing of any pre-trial motions** to set the case for Motions Hearing.

If the parties reach a disposition, the deadline for submitting the plea agreement and the statement by defendant in advance of plea of guilty is 48 hours prior to the Change of Plea Hearing.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 5th day of December, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge